COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JOSE SLAVADOR HERNANDEZ, | § | No. 08-21-00023-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ARLEON, LLC AND ISSE INVESTMENT GROUP | § | of El Paso County, Texas |
| CORPORATION, | § | (TC# 2017DCV2709) |
| Appellees. | § | |
| | § | |

## **O R D E R**

Appellant has filed an Opposed Motion to Dismiss Based on Filing Rule 11 Settlement Agreement. The Court directs Appellees to file a response, and further directs them to address how the holdings in *Mantas v. Fifth Ct. of Appeals*, 925 S.W.2d 656 (Tex. 1996), and cases applying *Mantas*, might apply in this situation. A response should be filed within 14 days of the date of this order, and any reply from Appellant is due 7 days thereafter.

IT IS SO ORDERED this 18th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.